*E-FILED*
**June 3, 2005**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA VAN HOUTTE, | No. C 05-00820 RS |
| Plaintiff, | |
| v. | ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| GROUP LONG-TERM DISABILITY PLAN FOR EMPLOYEES OF THE FIRST AMERICAN CORPORATION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the initial case management conference in the above-captioned matter currently set for June 29, 2005 at 2:30 p.m. is continued to **July 27, 2005 at 2:30 p.m.** The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form **no later than July 20, 2005**.

IT IS SO ORDERED.

Dated: June 3, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Scott E. Shaffman, Esq.
Email: sshaffman@aol.com

Dennis G. Rolstad, Esq.
Email: dennis.rolstad@sdma.com

Dated:  June 3, 2005

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:      /s/BAK