**\*E-FILED\***
**September 30, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LINDA VAN HOUTTE, | No. C 05-00820 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| GROUP LONG-TERM DISABILITY PLAN, etc, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 7, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 14, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: September 30, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY
2  PROVIDED TO:**

3  **Counsel for Plaintiff(s)**

4
5  Scott E. Shaffman, Esq.
   Email: sshaffman@aol.com

6
7  **Counsel for Defendant(s)**

8  Dennis G. Rolstad, Esq.
9  Email: dennis.rolstad@sdma.com

10 Michelle McIsaac, Inc.
   Email: michelle.mcisaac@sdma.com
11

12 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for
13 e-filing under the court's CM/ECF program.

14
15 Dated: September 30, 2005

16
17                         /s/ BAK
                   Chambers of Magistrate Judge Richard Seeborg
18