| | |
|---|---|
| 1  LAW OFFICE OF SCOTT E. SHAFFMAN<br>   SCOTT E. SHAFFMAN  Bar No. 90276<br>2  98 Del Monte Avenue<br>   Suite 200<br>3  Monterey, California 93940<br>   Telephone: (831) 333-0321<br>4<br>   Attorney for Plaintiff<br>5  LINDA VAN HOUTTE | *E-FILED 11/18/05* |

6
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
7   BRUCE D. CELEBREZZE  Bar No. 102181
    DENNIS G. ROLSTAD  Bar No. 150006
8   MICHELLE Y. McISAAC  Bar No. 215294
    One Market Plaza
9   Steuart Tower, 8th Floor
    San Francisco, California 94105
10  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
11  dennis.rolstad@sdma.com

12  Attorneys for Defendant
    GROUP LONG-TERM DISABILITY PLAN FOR
13  EMPLOYEES OF THE FIRST AMERICAN
    CORPORATION

14

15                  UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

17

| | |
|---|---|
| 18  LINDA VAN HOUTTE, | CASE NO. C 05-00820 RS |
| 19        Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE;** |
| 20     v. | **[PROPOSED] ORDER** |
| 21  GROUP LONG-TERM DISABILITY<br>     PLAN FOR EMPLOYEES OF THE | |
| 22  FIRST AMERICAN CORPORATION, | |
| 23        Defendant. | |

24

25       IT IS HEREBY STIPULATED by and between plaintiff Linda Van Houtte and defendant

26  Group Long-Term Disability Plan For Employees Of The First American Corporation, by and

27  through their respective attorneys of record herein, that the parties have resolved this matter in its

28  entirety.

1     IT IS THEREFORE FURTHER STIPULATED AND AGREED that this entire action

2 shall be DISMISSED WITH PREJUDICE, each party to bear her or its own attorneys' fees and

3 costs.

4     IT IS SO AGREED AND STIPULATED.

5 DATED: October 31, 2005     LAW OFFICE OF SCOTT E. SHAFFMAN

6

7     By: s/Scott E. Shaffman
        SCOTT E. SHAFFMAN
8         Attorney for Plaintiff
        LINDA VAN HOUTTE
9

10
   DATED: November 16, 2005     SEDGWICK, DETERT, MORAN & ARNOLD LLP
11

12

13     By:s/Michelle Y. McIsaac
        DENNIS G. ROLSTAD
14         MICHELLE Y. McISAAC
        Attorneys for Defendant
15         GROUP LONG-TERM DISABILITY PLAN FOR
        EMPLOYEES OF THE FIRST AMERICAN
16         CORPORATION

17

18     <u>ORDER</u>

19

20     IT IS SO ORDERED.

21

22 DATED: 11/18/05     /s/ Richard Seeborg
        JUDGE OF THE UNITED STATES DISTRICT COURT
23

24

25

26

27

28

-2-     CASE NO. C 05-00820 RS
STIPULATION TO DISMISS; [PROPOSED] ORDER